UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:26-cv-00104

———

**Alfred Lee Hall,**
*Plaintiff,*

v.

**Eric Guerrero et al.,**
*Defendants.*

———

## ORDER

Plaintiff, an inmate proceeding pro se and in forma pauperis, brought this suit alleging violations of his constitutional rights. Doc. 1. The court referred the case to a magistrate judge, who issued a report recommending that the court dismiss this case for failure to state a claim under the *Parratt*/*Hudson* doctrine. Doc. 3 at 5. The report recommended that the dismissal be with prejudice as to plaintiff refiling this case in federal court but without prejudice to any claims plaintiff may elect to pursue in state court or through administrative processes. *Id.* Plaintiff filed no objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. This case is dismissed with prejudice as to its refiling in federal court but without prejudice to any claims plaintiff may elect to pursue in state court or through administrative processes. Any pending motions are denied as moot.

*So ordered by the court on May 21, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -